UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. 2:25-cr-00548-SRM | Date: 07/03/2025 |
| Present: The Honorable: Karen L. Stevenson, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Gay Roberson | CS 07/03/2025 | Robert Quealy |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s)  ✓ Present  Released on Bond | Attorneys for Defendants:  ✓ Present  DFPD |
|---|---|
| Alejandro Theodoro Orellana | Shannon M. Coit |

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
   Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Serena R. Murillo.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 08/26/2025 8:30 AM;
Pre-Trial Conference: 08/07/2025 9:00 AM
* Government counsel provides trial estimate of 3-4 days.
* The parties are referred to Judge Murillo's Procedures and Schedules page located on the Court's website at www.cacd.uscourts.gov. Judge Murillo is located in Santa Ana - Ronald Reagan Federal Building and United States Courthouse, Courtroom 9B / 9079.

cc:  PSALA    PSAED    PSASA
     USMLA    USMED    USMSA        Initial Appearance/Appointment of Counsel: 00 : 00
     Statistics Clerk       Interpreter       Arraignment: 00 : 03
     CJA Supervising Attorney    Fiscal        Initials of Deputy Clerk: GR by TRB